THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* HYMAN JACKERSON, Respondent.

*Appeal — motion to dismiss appeal denied.*

Reported below, 214 App. Div. 822.

(Submitted November 29, 1926; decided December 3, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 9, 1925, which reversed on the law a judgment of the Queens County Court rendered upon a verdict convicting the defendant of the crime of receiving stolen property and granted a new trial.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Meyer Glickstein* for motion.

*Richard S. Newcombe, District Attorney* (*Thomas F. Thornton* of counsel), for respondent.

Motion denied.